# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM RAND DEVIER, ) ) **Claimant,** ) ) vs. ) ) NANCY A. BERRYHILL, Acting ) Commissioner, Social Security ) Administration, ) ) **Defendant.** ) | Civil Action No. 5:17-cv-1504-CLS |

## MEMORANDUM OPINION AND FINAL JUDGMENT

The magistrate judge filed a report on November 28, 2018, recommending that this court should affirm the decision of the Commissioner of the Social Security Administration to deny claimant's claim for a period of disability, disability insurance, and supplemental security income benefits.[1] Claimant objected to the report and recommendation.[2]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the Commissioner's decision was supported by substantial evidence and in accordance with applicable legal standards. Accordingly, claimant's objections are

---

[1] Doc. no. 18 (Report and Recommendation).
[2] Doc. no. 19.

**OVERRULED.** The magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. The decision of the Commissioner is **AFFIRMED**. Costs are taxed against claimant. The Clerk is directed to close this file.

DONE this 18th day of December, 2018.

*/s/ Lynwood Smith*
United States District Judge